# United States District Court
# Eastern District of California
Redding Branch

| | |
|---|---|
| UNITED STATES OF AMERICA ) | VIOLATE/CASE NO. 3:10-mj-0018 CMK |
| ) | |
| vs. ) | **ORDER TO APPEAR** |
| ) | |
| Michael Murphy ) | |

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on July 14, 2010, at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 6-15-10

Christy L. Pino
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison